**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

WALLACE GRAHAM                                                                                  PLAINTIFF
ADC #107642

V.                                        NO: 1:08CV00033 BSM

KEVIN WILEY *et al.*                                                                          DEFENDANTS

## ORDER

The court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 26th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE