# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

WALLACE GRAHAM
                                                                                            PLAINTIFF

ADC #107642

V.                       NO: 1:08CV00033 BSM

KEVIN WILEY *et al.*
                                                                                    DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 26thday of June, 2009.

_____
UNITED STATES DISTRICT JUDGE